*John Fisher, trustee &c.,* v. *Josiah Purdy et al.* O. L. BAR-BOUR, for appellant; S. D. VAN SCHAACK, for respondent. Order appealed from, modified by reducing the amount decreed to be paid by Tompkins the purchaser, from $21,14 to $17,59 with interest from June 21, 1841. Neither party to have costs as against the other upon the appeal. The taxing officer directed, upon the taxation of the costs in the count below, to disallow all charges for drawing, engrossing or copying any folios of the petitions and affidavits which state the substance or contents of any papers, petitions, orders, reports or other proceedings where the motion &c. was founded upon copies of such papers, petitions, orders, reports, &c.

*Rodman Starkweather Ex'r. &c.* v. *Samuel S. Sherwood.* W. A. BEACH, for complainant; S. S. SHERWOOD, for defendant.— Order giving the defendant the benefit of the former order, in the same manner as if he had fully complied therewith, on condition that within twenty days he serves a copy of his answer and pays $15 for the costs of this application, and complainant to have twenty days to exeept, or to file a replication.

*Abram H. Diefendorff et al* v. *Evan Heath et al.* O. L. BAR-BOUR, for complainant. This was an application for an order of publication as to a non-resident defendant. The order, as drawn by the solicitor, directed that notice should be published in the state paper, and in " some newspaper published in the county of J." The chancellor said this was erroneous; that the order should, in all cases, specify the *name* of the newspaper in which the notice is to be published. *Order for publication must contain the name of the paper in which notice is to be published.*